UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD REYNOLDS, | : | |
| Plaintiff | : | |
| v. | : | 13CV1465 (SRU) |
| LEO ARNONE, et al., | : | |
| Defendants | : | November 9, 2018 |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INJUNCTIVE RELIEF

Plaintiff Richard Reynolds hereby moves, pursuant to Fed. R. Civ. P. 56 and Local Rule 56, for partial summary judgment on the claims for injunctive relief alleged in his Second Amended Complaint (ECF 71-1) because there are no genuine issues of material fact and he is entitled to judgment as a matter of law on those claims.

WHEREFORE, Plaintiff requests the Court to grant his motion and order:

1. Declaratory relief in the form of a finding that Defendants have violated and continue to violate Plaintiff's rights under the Eighth Amendment by confining him in conditions that are inhumane, pose a severe risk to his future health and that constitute cruel and unusual punishment.

2. Declaratory relief in the form of a finding that Defendants violated Plaintiff's rights under the Fourteenth Amendment by imposing high-security restraints without due process of law, from 2010 to 2018.

3. Declaratory relief in the form of a finding that Defendants have violated and continue to violate Plaintiff's rights under the Fourteenth Amendment by imposing conditions of extreme social isolation without due process of law.

4. Declaratory relief in the form of a finding that Defendants have violated and continue to violate Plaintiff's rights under the Fourteenth Amendment by depriving him of equal protection under the law by continuing to house him conditions of extreme social and physical isolation after his resentencing to life without parole while others similarly situated are housed in and enjoying the benefits of general population.

5. Declaratory relief in the form of a finding that, by imposing punishment in addition to that authorized at the time of the crime of conviction, Defendants have violated and continue to violate the Ex Post Facto and Bill of Attainder Clauses of the United States Constitution.

6. Permanent injunctive relief barring Defendants from continuing to violate Plaintiff's constitutional rights based on the findings of declaratory relief.

Respectfully submitted,

\_\_\_\_\_/s/_____
Brett Dignam, ct 00283
Attorney for Plaintiff Richard Reynolds
Morningside Heights Legal Services Inc.
435 West 116th Street - Room 831
New York, NY 10027
212-854-4291
bdigna@law.columbia.edu

Law Students on the motion:

Tyler Finn '19
Carol Guerrero '19
Caleb King '20
Sarah Hong '20
Hayley Malcom '19
Mary Marshall '20
Ruth O'Herron '19