UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD REYNOLDS,
    Petitioner,

-vs-

Civ. Action No. 3:13-cv-01465-SRU

Leo ARNONE, COMMISSIONER,
    Respondent.

September 28, 2018

## MOTION FOR LAW STUDENT TO APPEAR

### STUDENT CERTIFICATION

I hereby certify as follows:

    1. I am a law student enrolled in good standing at the Columbia University School of Law in the State of New York, class of 2019, and have completed legal studies amounting to at least two semesters of credit or the equivalent.

    2. I am not employed or compensated by the client.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of RICHARD REYNOLDS under the supervision of BRETT DIGNAM of the Morningside Heights Legal Services, Inc., subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

Hayley Malcolm
LAW STUDENT INTERN

**CLIENT CONSENT**

I, Richard Reynolds, hereby consent to the appearance on my behalf of HAYLEY MALCOLM to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of BRETT DIGNAM.

Date: 9/28/18                Signature: Richard Reynolds
                             Address: N.C.I.

**CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of United States District Court for the District of Connecticut; that I assume professional responsibility for the work of HAYLEY MALCOLM as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: September 27, 2018

/s/Brett Dignam
Morningside Heights Legal Services, Inc.
435 West 116th Street, Room 831
New York, NY 10027
(212) 854-4291
Federal Bar #: ct 00283
bdigna@law.columbia.edu

Appearance Approved:

_____
United States District Judge Stefan Underhill

Date:_____