**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RICHARD REYNOLDS,
    Plaintiff,

v.

LEO ARNONE, et al.,
    Defendants.

No. 3:13-cv-1465 (SRU)

## PERMANENT INJUNCTION ORDER

The conditions of confinement in the Special Circumstances High Security Unit at Northern Correctional Institution constitute cruel and unusual punishment in violation of the Eighth Amendment. The Defendants' placement of Richard Reynolds ("Reynolds") in the conditions set forth in Connecticut General Statutes Section 18-10b without a meaningful hearing constitutes an atypical and significant hardship and violates the Due Process Clause of the Fourteenth Amendment. The Defendants' confinement of Reynolds in special circumstances high security status while Defendants confine similarly situated individuals in general population with no rational basis for the difference in treatment violates the Equal Protection Clause of the Fourteenth Amendment. Lastly, Connecticut General Statutes Section 18-10b is a Bill of Attainder in violation of the U.S. Constitution.

Accordingly, pursuant to Rule 65 of the Federal Rules of Civil Procedure, it is hereby ordered that the Defendants, their successors in office, agents, servants, employees, and attorneys and those in active concert and participation with any of the foregoing who receive actual notice of this Order are permanently enjoined as follows:

(1) From placing Reynolds in special circumstance high security status;

(2) From imposing on Reynolds the conditions of more than twenty-one hours per day alone in his cell, segregation from inmates who are not on special circumstances high security status, limitation of recreational activity to a maximum of two hours per day, and no-contact visitation;

(3) From enforcing Connecticut General Statutes Section 18-10b against any current or future inmate;

(4) They shall immediately, and at least every six months thereafter, provide Reynolds with a meaningful individualized classification determination using procedures that are the same or substantially similar to the procedures used for general population inmates; and

(5) They shall house Reynolds in conditions that are similar to those of Eduardo Santiago and Terry Johnson at the time this Order issued.

Within 30 days, the Defendants shall submit to the court a status report detailing how they have complied with the foregoing.

So ordered.

Dated at Bridgeport, Connecticut, this 27th day of August 2019.

/s/Stefan R. Underhill
Stefan R. Underhill
United States District Judge