UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD REYNOLDS | : | CIVIL NO. 3:13CV01465 (SRU) |
| | : | |
| v. | : | |
| | : | |
| LEO ARNONE, ET AL. | : | JUNE 30, 2021 |

## JOINT CONSENT MOTION FOR ORDER TO PAY PLAINTIFF'S ATTORNEYS FEES AND COSTS

The defendants, with the consent of the plaintiff, respectfully represent that the parties have reached an agreement with regard to plaintiff's demand for attorneys' fees and costs in connection with the litigation leading up to and including the Second Circuit's March 11, 2021 decision which, in part, affirmed this Court's injunction order. See *Reynolds v. Quiros*, 990 F.3rd 286 (2d Cir. 2021). A copy of the proposed Order is attached. Plaintiff's counsel, Attorney Dignam, has no objection and consents to the granting of this motion directing the State of Connecticut to pay $135,000 to Morningside Heights Legal Services, Inc.

        DEFENDANTS
        Commissioner Angel Quiros, et al.

        WILLIAM TONG
        ATTORNEY GENERAL

    BY: /s/ Steven R. Strom
        Steven R. Strom
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct01211
        E-Mail: steven.strom@ct.gov
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on June 30, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                     */s/ Steven R. Strom*
                                                                     Steven R. Strom
                                                                     Assistant Attorney General
                                                                     110 Sherman Street
                                                                     Hartford, CT 06105
                                                                     Federal Bar #ct01211
                                                                     E-Mail:  steven.strom@ct.gov
                                                                     Tel.:  (860) 808-5450
                                                                     Fax:  (860) 808-5591