UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD REYNOLDS | : | CIVIL NO. 3:13-CV-1465 (SRU) |
| | : | |
| v. | : | |
| | : | |
| LEO ARNONE, ET AL. | : | JUNE 30, 2021 |

### ORDER RE:  PLAINTIFFS' ATTORNEYS' FEES AND COSTS

In accordance with the parties' agreement, in light of the decision of the Court of Appeals in *Reynolds v. Quiros*, 990 F.3rd 286 (2d Cir. 2021), and pursuant to 42 U.S.C. §1988, it is hereby ordered that the State of Connecticut, shall pay to plaintiffs' counsel, Morningside Heights Legal Services, Inc. $135,000 for any and all attorneys' fees, costs and expenses incurred from the commencement of this action up to and including the date of this Order, for any and all costs, fees, and expenses that were claimed or could have been claimed in relation to the above-captioned District Court case, and the Second Circuit appeal cited above.

The State of Connecticut shall pay forthwith to Morningside Heights Legal Services, Inc the total sum of $135,000 (one-hundred thirty-five thousand dollars).

**SO ORDERED**

Dated at Bridgeport, Connecticut, this _____ of _____, 2021.

_____
Stefan R. Underhill
Chief United States District Court Judge