UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD REYNOLDS | : | CIVIL NO. 3:13-CV-1465 (SRU) |
| | : | |
| v. | : | |
| | : | |
| LEO ARNONE, ET AL. | : | JULY 11, 2022 |

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER

The Plaintiff and Defendants respectfully request that in the interest of the preservation of safety and security, the following protective order, be issued with regard to the use of photographs and video recordings during the preparation and trial of this matter:

1. ) The plaintiff's attorney(s), agents, employees, and/or experts are to be permitted to take photographs and/or make video recordings, limited to areas used by plaintiff at Northern CI, provided that prior to providing such photographs or video recordings to plaintiff's counsel, all such video recordings and photos shall be left with counsel for defendants and the DOC so that DOC may perform a security review, and may object to and withhold any such photographs or video recording which, in defendants' professional judgment, may jeopardize safety or security.

2.) The use of any photo and/or DVD/video, whether in hard-copy or digital, either provided by defense counsel to plaintiff's counsel, including their respective staff or experts, or taken on behalf of plaintiff by plaintiff's counsel, including their respective staff or experts, that shows or depicts any inmate and/or any part of the inside or outside of a Connecticut Correctional Institution shall consist of and be limited to disclosure to:

 **a)** Counsel of record for the named plaintiff and defendants;

 **b)** Intern(s), paralegal(s), clerical and secretarial staff employed by counsel referenced in section a) above;

1

    **c)**    Experts, investigators, and consultants retained by counsel in connection with any litigation arising from this incident;

    **d)**    This Court;

    **e)**    Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action;

    **f)**    The plaintiff while he is in the presence of his counsel of record, which shall include any remote video meetings; and

    **g)**    Witnesses at deposition and trial.

3.) That any person identified in Paragraphs 2(b), (c), or (g) to whom the photograph or DVD/video is to be disclosed subject to the Protective Order shall be informed of the contents of the Protective Order prior to said disclosure and shall agree in writing, or by statement under oath and recorded in a written transcript of proceedings, to be bound by its terms.

4.) The plaintiff, his attorney, agents, employees, and/or experts are expressly prohibited from copying, publicizing, posting or further distributing said photograph(s) and DVD/video(s) without prior written consent of defendants, counsel or approval of the court, except that plaintiff's counsel may save an electronic copy of the photograph or DVD/video file on his work computers and may make copies for purposes of court submissions, subject to paragraph (6) below.  Although the plaintiff and his counsel of record are permitted to disclose the contents of the photograph or DVD/video file to deposition and/or trial witnesses subject to the requirements set forth herein, the plaintiff and his counsel of record are prohibited from providing a physical copy or copies of the photograph or DVD/video file to any deposition and/or trial witness. Within thirty days of the conclusion of the case, including any appeals thereof, all copies of the photographs and DVD/video file(s) shall be returned to defense counsel and/or destroyed, although one copy may be retained for defense counsel's case file. The copy retained by plaintiff's counsel will continue to be subject to the terms contained within

this protective order and shall not be subject to further disclosure without written permission from defendant's counsel until it is destroyed.

5.) Any party may seek a modification of the Protective Order based upon a showing of good cause that the modification is necessary to further this pending court proceeding only. In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with the reason or reasons that disclosure of protected information is necessary to advance this litigation.

6.) Nothing in the order waives any party's right to object to the admissibility of any photograph or DVD/video file at trial in this or any other proceeding.

7.) Prior to filing any photograph or DVD/video as to which there are security concerns with the court and/or moving for its introduction into evidence, both parties will jointly request that the photograph or DVD/video file be filed under seal.

8.) When plaintiff's counsel is in receipt of the aforementioned disclosure and there is any disagreement whether such discovery should be subjected to this protective order, plaintiff's counsel shall raise the issue with defendants' counsel and if there is no agreement after good faith discussions then such information will remain subject to this protective order unless and until the court issues an order that such information should not be subject to a protective and/or sealing order.

WHEREFORE, it is respectfully requested that parties' Stipulated Motion for Protective Order be granted and the protective order attached hereto as Exhibit A be entered.

PLAINTIFF
RICHARD REYNOLDS

BY: */s/ David N. Rosen*
David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605
Fed. Bar No. CT00196
drosen@davidrosenlaw.com

Tyler Finn
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 729-2016
(212) 336-8340 Fax
phv20328
tfinn@susmangodfrey.com


DEFENDANTS
Leo Arnone, et al.

WILLIAM TONG
ATTORNEY GENERAL


BY:

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

BY: /s/ Janelle R. Medeiros
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: Janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

BY: /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Terrence.oneill@ct.gov

BY: /s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General
Federal Bar #ct01211
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-mail: steven.strom@ct.gov

## CERTIFICATION

I hereby certify that on July 11, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General