# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD REYNOLDS | : | CIVIL NO. 3:13CV1465(SRU) |
| V. | : | |
| ARNONE, ET AL. | : | AUGUST 12, 2012 |

## MOTION TO DISMISS PLAINTIFF'S DECLARATORY RELIEF CLAIMS

Defendants move to dismiss Plaintiff's claims for declaratory relief pursuant to Fed. R. Civ. Pro. 12(h)(3) because they are barred by the Eleventh Amendment. Plaintiff is no longer at Northern, which has been closed for over a year and he is no longer on Special Circumstances status. Therefore, any declaratory relief would be retroactive and Defendants are entitled to Eleventh Amendment immunity, which deprives this Court of subject matter jurisdiction over this claim.

Filed herewith is a memorandum of law in support of Defendants' motion.

DEFENDANTS
Arnone, Et Al.

WILLIAM TONG
ATTORNEY GENERAL

BY: _____

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov

## CERTIFICATION

      I hereby certify that on August 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                               _____
                                               James M. Belforti
                                               Assistant Attorney General