**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| RICHARD REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:13-cv-1465 (SRU) |
| v. ) | |
| ) | |
| LEO ARNONE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | November 16, 2022 |

## MOTION TO BRING PLAINTIFF TO COURT

Plaintiff requests that the court issue an order directing that he be brought to court for the trial and, if possible, also for the pre-trial conference on November 21.

By /s/ David N. Rosen
David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
CT00196
drosen@davidrosenlaw.com

Tyler Finn
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 729-2016
(212) 336-8340 Fax
phv20328
tfinn@susmangodfrey.com

1