UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD REYNOLDS, | |
| Plaintiff, | |
| v. | Case No.: 3:13-cv-1465 (SRU) |
| LEO ARNONE, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action hereby stipulate to the dismissal of all causes of action in the complaint against Defendants Leo Arnone, William Faneuff, Mark Frayne, and Gerard Gagne with prejudice and without an award of costs to either party.

Dated: November 23, 2022

/s/ *Tyler Finn*
Tyler Finn
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 729-2016
(212) 336-8340 Fax
phv20328
tfinn@susmangodfrey.com

David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
CT00196
drosen@davidrosenlaw.com

*Counsel for Plaintiff Richard Reynolds*

DEFENDANTS
Arnone, Et Al.

WILLIAM TONG
ATTORNEY GENERAL


BY: _____

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov


*/s/ Janelle R. Medeiros*

Janelle R. Medeiros ct30514
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: Janelle.medeiros@ct.gov

   __/s/ Carmel A. Motherway___
Carmel A. Motherway
Assistant Attorney General
Federal Bar #ct10835
Email:
carmel.motherway@ct.gov

   __/s/ Terrence M. O'Neill_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
E-Mail: Terrence.oneill@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591