United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
December 15, 2022
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD REYNOLDS,
   Plaintiff,

v.

ANGEL QUIROS, EDWARD
MALDONADO, and SCOTT SEMPLE,
   Defendants.

No. 3:13-cv-1465 (SRU)

## VERDICT FORM

We, the jury, unanimously find as follows:

**I.**    **Cruel and Unusual Punishment, in violation of the Eighth Amendment**

    A. <u>Cruel and Unusual Punishment: July 2009 through September 2010</u>

      1. Has Mr. Reynolds established by a preponderance of evidence that **Angel Quiros** subjected him to cruel and unusual punishment in violation of the Eighth Amendment during the period of **July 2009 through September 2010**?

            Yes / (No) 

      *If your answer to Question 1 was YES, proceed to Question 2. If you answered NO to Question 1, you must skip Questions 2-3.*

      2. Has Mr. Reynolds established by a preponderance of the evidence that there was an ongoing or continuous violation of Mr. Reynolds' Eighth Amendment rights that began prior to **October 2010** and continued past that date, and that **Angel Quiros** acted or omitted an action in or after **October 2010** in furtherance of that Eighth Amendment violation?

            Yes / No

      *If your answer to Question 2 was YES, proceed to Question 3. If you answered NO to Question 2, you must skip Question 3.*

      3. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against **Angel Quiros** for a violation of Mr. Reynolds' Eighth Amendment right during the period of **July 2009 through September 2010**?

            $_____

Page | 1

B. Cruel and Unusual Punishment: October 2010 through April 2017

4. Has Mr. Reynolds established by a preponderance of evidence that a defendant subjected him to cruel and unusual punishment in violation of the Eighth Amendment during the period of **October 2010 through April 2017**?

   **Angel Quiros:**        Yes / (No)
   **Edward Maldonado:**    Yes / (No)
   **Scott Semple:**        Yes / (No)

   *If your answer to Question 4 was YES for any defendant(s), you may proceed to Question 5 for those defendants only. If you answered NO to Question 4 for any defendant, you must skip Question 5 for that defendant.*

5. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against a defendant for a violation of his Eighth Amendment right during the period of **October 2010 through April 2017**?

   **Angel Quiros:**        $ _____
   **Edward Maldonado:**    $ _____
   **Scott Semple:**        $ _____

C. Cruel and Unusual Punishment: May 2017 through August 2019

6. Has Mr. Reynolds established by a preponderance of evidence that a defendant subjected him to cruel and unusual punishment in violation of the Eighth Amendment during the period of **May 2017 through August 2019**?

   **Angel Quiros:**        Yes / (No)
   **Edward Maldonado:**    Yes / (No)
   **Scott Semple:**        Yes / (No)

   *If your answer to Question 6 was YES for any defendant(s), proceed to Question 7 for those defendants only. If you answered NO to Question 6 for any defendant, you must skip Question 7 for that defendant.*

7. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against a defendant for a violation of his Eighth Amendment right during the period of **May 2017 through August 2019?**

   **Angel Quiros:**           $ _____
   **Edward Maldonado:**       $ _____
   **Scott Semple:**           $ _____

II. **Violation of Due Process, in violation of the Fourteenth Amendment**

   A. <u>Procedural Due Process: July 2009 through September 2010</u>

   8. Has Mr. Reynolds established by a preponderance of evidence that **Angel Quiros** violated his Fourteenth Amendment right to due process of law during the period of **July 2009 through September 2010?**

      Yes  /  (No)

      *If your answer to Question 8 was YES, proceed to Question 9. If you answered NO to Question 8, you must skip Questions 9-11.*

   9. Has Mr. Reynolds established by a preponderance of the evidence that there was an ongoing or continuous violation of Mr. Reynolds' due process rights that began prior to **October 2010** and continued past that date, and that **Angel Quiros** acted or omitted action in or after **October 2010** in furtherance of that due process violation?

      Yes / ~~No~~   N/A   [signature]

      *If your answer to Question 9 was YES, proceed to Question 10. If you answered NO to Question 9, you must skip Questions 10-11.*

   10. Do you find Mr. Reynolds is entitled to <u>compensatory</u> damages against **Angel Quiros** for a violation of his right to due process of law during the period of **July 2009 through September 2010?**

       Yes  /  No        If yes, amount: _____

   *Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 10 that Mr. Reynolds <u>is</u> entitled to compensatory damages on this claim, please proceed to Question 12.*

   *If you found that Mr. Reynolds <u>is not</u> entitled to compensatory damages in Question 10, please proceed to Question 11.*

Page | 3

11. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against **Angel Quiros** for a violation of his right to due process of law during the period of **July 2009 through September 2010**?

    $ _____

B. <u>Procedural Due Process: October 2010 through April 2017</u>

12. Has Mr. Reynolds established by a preponderance of evidence that a defendant violated his Fourteenth Amendment right to due process of law during the period of **October 2010 through April 2017**?

    **Angel Quiros:**         Yes / **(No)**
    **Edward Maldonado:**     Yes / **(No)**
    **Scott Semple:**         Yes / **(No)**

    *If your answer to Question 12 was YES for any defendant(s), proceed to Question 13 for those defendants <u>only</u>. If you answered NO to Question 12 for any defendant, you must skip Questions 13-14 for that defendant.*

13. Do you find Mr. Reynolds is entitled to <u>compensatory</u> damages against a defendant for a violation of his right to due process of law during the period of **October 2010 through April 2017**?

    **Angel Quiros:**         Yes / No      If yes, amount: _____
    **Edward Maldonado:**     Yes / No      If yes, amount: _____
    **Scott Semple:**         Yes / No      If yes, amount: _____

    *Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 13 that Mr. Reynolds <u>is</u> entitled to compensatory damages against any defendant(s), please skip Question 14 for that defendant.*

    *If you found that Mr. Reynolds <u>is not</u> entitled to compensatory damages against any defendant(s) in Question 13, please proceed to Question 14 for that defendant.*

14. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against a defendant for a violation of his right to due process of law during the period of **October 2010 through April 2017**?

    **Angel Quiros:**         $ _____
    **Edward Maldonado:**     $ _____
    **Scott Semple:**         $ _____

C. Procedural Due Process: May 2017 through August 2019

15. Has Mr. Reynolds established by a preponderance of evidence that a defendant violated his Fourteenth Amendment right to due process of law during the period of **May 2017 through August 2019**?

    **Angel Quiros:**       (Yes) / No
    **Edward Maldonado:**   (Yes) / No
    **Scott Semple:**       (Yes) / No

    *If your answer to Question 15 was YES for any defendant(s), proceed to Question 16 for those defendants only. If you answered NO to Question 15 for any defendants, you must skip Questions 16-17 for those defendants.*

16. Do you find Mr. Reynolds is entitled to compensatory damages against a defendant for a violation of his right to due process of law during the period of **May 2017 through August 2019**?

    **Angel Quiros:**       Yes / (No)    If yes, amount: _____
    **Edward Maldonado:**   Yes / (No)    If yes, amount: _____
    **Scott Semple:**       Yes / (No)    If yes, amount: _____

    *Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 16 that Mr. Reynolds is entitled to compensatory damages against any defendant(s), please skip Question 17 for that defendant.*

    *If you found that Mr. Reynolds is not entitled to compensatory damages against any defendant(s) in Question 16, please proceed to Question 17 for that defendant.*

17. What amount, if any, do you award as nominal damages to Mr. Reynolds against a defendant for a violation of his right to due process of law during the period of **May 2017 through August 2019**?

    **Angel Quiros:**       $ 1.00
    **Edward Maldonado:**   $ 1.00
    **Scott Semple:**       $ 1.00

Page | 5

### III. Lack of Equal Protection of the Law, in violation of the Fourteenth Amendment

18. Do you find Mr. Reynolds is entitled to <u>compensatory</u> damages against a defendant for a violation of his right to equal protection during any period from **April 2017 through August 2019**?

   | | | |
   |---|---|---|
   | **Angel Quiros:** | Yes / (No) | If yes, amount: _____ |
   | **Edward Maldonado:** | Yes / (No) | If yes, amount: _____ |
   | **Scott Semple:** | Yes / (No) | If yes, amount: _____ |

   *Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 18 that Mr. Reynolds is entitled to compensatory damages against any defendant(s), please skip Question 19 for that defendant.*

   *If you found that Mr. Reynolds is not entitled to compensatory damages against any defendant(s) in Question 18, please proceed to Question 19 for that defendant.*

19. What amount, if any, do you award as <u>nominal</u> damages to Mr. Reynolds against a defendant for a violation of his right to equal protection during any period from **April 2017 through August 2019**?

   | | |
   |---|---|
   | **Angel Quiros:** | $ ~~284.33~~ ~~35~~ 286.66 |
   | **Edward Maldonado:** | $ ~~284.33~~ ~~35~~ 286.66 |
   | **Scott Semple:** | $ ~~284.34~~ ~~35~~ 286.67 |

**YOUR DELIBERATIONS ARE COMPLETE.**

*Please sign and date this verdict form.*

Foreperson: /S/ _____    Date: 12/15/22