## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD REYNOLDS,

     Plaintiff,

V.                                                                    3:13-cv-01465-SRU

LEO ARNONE, SCOTT SEMPLE,
ANGEL QUIROS, EDWARD
MALDONADO, WILLIAM FANEUFF,
GERARD GAYNE, MARK FRAYNE,

     Defendants.

## <u>JUDGMENT</u>

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge.   On November 23, 2022, the plaintiff dismissed defendants Leo Arnone, William Faneuff, Gerard Gayne and Mark Frayne from the case (Doc. No. 245).   On December 15, 2022, after deliberation, the jury returned a verdict (Doc. No. 268).

The jury found that defendants Angel Quiros, Edward Maldonado, and Scott Semple violated Richard Reynolds' Fourteenth Amendment right to due process of law during the period of May 2017 through August 2019; the jury awarded Mr. Reynolds nominal damages in the amount of $1 against each defendant, for a total of $3. Summary judgment of liability for violating Mr. Reynolds' Fourteenth Amendment right to equal protection of the law was granted and affirmed on appeal before trial. The jury awarded Mr. Reynolds nominal damages for a violation of his right to equal protection during the period of April 2017 through August 2019 as follows: $286.66 against defendant Angel Quiros, $286.66 against defendant Edward Maldonado and $286.67 against defendant Scott Semple, for a total of $859.99.   The jury found in favor of the defendants on all other counts.

EOD: <u>1/10/2023</u>

Because counsel was appointed in this case under Local Civil Rule 83.10, this Court shall retain jurisdiction to adjudicate any dispute between such counsel and his or her client arising from the representation in this case, including without limitation, a grievance or malpractice claim.   It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in accordance with the entry of summary judgment and the jury's verdict (Doc. No. 268) awarding a total of $862.99 in nominal damages to Richard Reynolds. The case is closed.

Dated at Bridgeport, Connecticut, this 10th day of January 2023.


DINAH MILTON KINNEY, Clerk

By:  _/s/ Julia Reis_____
Deputy Clerk